CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-18-003351 CN
C I V I L
Kevin Wiggins vs Gateway One Lending & Finance

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: GATEWAY ONE LENDING & FINANCE
    160 N. Riverview Drive
    Suite 100
    Anaheim, CA 92808


    You are hereby summoned to file a written response by pleading or motion,
within 60   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Kevin Wiggins
                                  3522 Parklawn Avenue
                                  Baltimore, MD 21206

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:  06/15/18

Marilyn Bentley
Clerk of the Circuit Court, per

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

EXHIBIT A

# IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

Kevin Wiggins
3522 PARKLAWN AVE

BALTIMORE, MD 21206        )      Case No: 24-C-18-003351
Plaintiff                )

     VS               )

GATEWAY ONE LENDING & FINANCE   )
160 N. RIVERVIEW DR, STE 100      )
ANAHEIM, CA 92808          )  Request a Trial by Jury
Defendant              )

## REVISED COMPLAINT

Plaintiff Kevin Wiggins sues GATEWAY ONE LENDING & FINANCE for money damages and states:

### JURISDICTIONAL ALLEGATIONS

1. This action is for money damages in excess of $30,000.
2. At all times material to this lawsuit, Kevin Wiggins was a resident of Baltimore, MD.
3. All acts necessary or precedent to bringing of this lawsuit occurred in Baltimore, MD.
4. This court has jurisdiction.

### GENERAL FACTUAL ALLEGATIONS

5. On March 1, 2018, Plaintiff mailed of a check for the amount of $690.00 to Gateway One Lending & Finance. The instrument contained a conspicuous statement written in the memo of the instrument "Full accord & satisfaction of account". **(See Exhibit 1)**

6. On March 7, 2018, Defendant accepted the check, cashed the check and credited account # 20161054897110.

7. On April 6, 2018, Plaintiff mailed a notice of payment dispute was sent to Todd Pierson dba President of Gateway One Lending & Finance. There was no response to the notice. **(See Exhibit 2)**

8. On April 23, 2018 Plaintiff mailed a second notice and opportunity to cure was sent to the above mentioned parties and there was no response. **(See Exhibit 3)**

9.  On May 9, 2018 Plaintiff mailed third & final notice with intent to sue to the above mentioned parties and still Gateway One Lending and Finance has failed to honor the instrument and provide me with a remedy. **(See Exhibit 4)** The terms of the contract are clear according to [MD. Comm. Law 3-311 (b) Unless subsection (c) applies, the claim is discharged if the person against whom the claim is asserted proves that the instrument or an accompanying written communication contained a conspicuous statement to the effect that the instrument was tendered as full satisfaction of the claim.]

10. On April 16, 2018 the Maryland Consumer Protection Division (ref# 295718) was contacted and a complaint was filed on Gateway One Lending and Finance for unfair dealings in commerce. Gateway One Way Lending & Finance has ignored all notices but is still demanding payment.

11. Plaintiff continues to make payments under duress as recent as May 9, 2018 **(see Exhibit 5)**

### CLAIM 1—BREACH OF CONTRACT

11. On March 1, 2018, Plaintiff mailed of a check for the amount of $690.00 to Gateway One Lending & Finance. The instrument contained a conspicuous statement written in the memo of the instrument "Full accord & satisfaction of account". **(See Exhibit 1)**

12. Defendant accepted the terms of the check on March 7, 2018 by depositing the check and crediting the amount to account # 20161054897110.

13. Defendant failed to properly credit the account as they agreed and continues to request payment.

## Relief to be granted

1.  Plaintiff is requesting GATEWAY ONE LENDING & FINANCE to pay compensatory damages in the amount of $2000.00 for all payments made after the acceptance of check tendered for full accord and satisfaction.

2.  Plaintiff request the release of the lien on 2017 Acura ILX  vin# 19UDE2F37HA000729

3.  Plaintiff requests the settlement of account# 20161054897110.

4.  Punitive damages to be awarded in the amount of $50,000.00 for breach of contract, pain and suffering, harassment, emotional distress, and dishonor. I pray that the court finds the relief to be granted a lesson learned to GATEWAY ONE LENDING & FINANCE

5. Plaintiff seeks a trial by jury.

*Kevin L Wiggins*

Kevin Wiggins, Plaintiff
3522 Parklawn Ave
Baltimore, MD 21206
443-768-8122

# Exhibit 1

KEVIN L WIGGINS   03-12
5512 GERLAND AVE
BALTIMORE, MD  21206

7-11/520 3078

617

DATE _3-1-15_

PAY TO THE
ORDER OF _Gateway One Lending + Finance_   $ _690.00_

_Six Hundred Ninety dollars_ ⁰⁰/100 DOLLARS

M&T Bank
Belair Road Office

MEMO _Full accord & satisfaction_
_of account 20161054897110_

_Kevin L. Wiggins_

⑆052000113⑆   985908987301617

PAY TO THE ORDER OF
TCF NATIONAL BANK
FOR DEPOSIT ONLY
GATEWAY ONE LENDING
& FINANCE
2443502805

ENDORSE HERE
_Kevin L. Wiggins_

# Exhibit 2

From   Kevin Wiggins

      815 Gilrubin Crt Apt 8
      Baltimore, Maryland 21212

# FIRST NOTICE

To:   Todd Pierson, President
      160 N. Riverview Dr.  Ste 100
      Anaheim, CA 92808

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

Date:   April 6, 2018

**Ref: Account #20161054897110**

Dear Mr. Todd Pierson,

On March 1, 2018 I mailed your company Check # 617 with the conspicuous statement "Full accord and satisfaction of account" and that check was credited to the above account. However you still have not properly credited the above account in full.  I continue to receive payment requests because of your failure to properly credit the account and release the lien. You are put on notice that you have 10 days to properly credit the account per the terms and conditions. Please send me an updated accounting showing that the above account has been properly credited and the lien release for 2017 Acura ILS with vin# 19UDE2F37HA000729.

**Please note that all correspondence from you must have an original wet ink signature or it will be treated as a non- response.**

Sincerely:

*Kevin L. Wiggins*

Kevin Wiggins
Gilrubin Crt Apt 8
Baltimore, MD 21212

PRIORITY MAIL # ____9505 5114 2312 8096 1977 09____

# Exhibit 3

From   Kevin Wiggins

    815 Gilrubin Crt Apt 8
    Baltimore, Maryland 21212

To:   Todd Pierson, President
    160 N. Riverview Dr.  Ste 100
    Anaheim, CA 92808

# SECOND NOTICE
## Opportunity to Cure

NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

Date:   April 17, 2018

**Ref: Account #20161054897110**

Dear Mr. Todd Pierson,

On March 1, 2018 I mailed your company Check # 617 with the conspicuous statement "Full accord and satisfaction of account" and that check was credited to the above account. However you still have not properly credited the above account in full.  I continue to receive payment requests because of your failure to properly credit the account and release the lien. You are put on notice that you have 10 days to properly credit the account per the terms and conditions. Please send me an updated accounting showing that the above account has been properly credited and the lien release for 2017 Acura ILS with vin# 19UDE2F37HA000729.

1st Notice was sent on April 6, 2018 by Priority Mail # 9505 5114 2312 8096 1977 09

**Please note that all correspondence from you must have an original wet ink signature or it will be treated as a non- response.**

Sincerely:

*Kevin L. Wiggins*

Kevin Wiggins
Gilrubin Crt Apt 8
Baltimore, MD 21212

PRIORITY MAIL # _____ 9505 5117 5477 8113 1041 58

# Exhibit 4

From   Kevin Wiggins

    815 Gilrubin Crt Apt 8
    Baltimore, Maryland 21212

To:   Todd Pierson, President
    160 N. Riverview Dr.  Ste 100
    Anaheim, CA 92808

Date:   April 17, 2018

**Ref: Account #20161054897110**

Dear Mr. Todd Pierson,

On March 1, 2018 I mailed your company Check # 617 with the conspicuous statement "Full accord and satisfaction of account" and that check was credited to the above account. However you still have not properly credited the above account in full.  I continue to receive payment requests because of your failure to properly credit the account and release the lien. You are put on notice that you have 10 days to properly credit the account per the terms and conditions. Please send me an updated accounting showing that the above account has been properly credited and the lien release for 2017 Acura ILS with vin# 19UDE2F37HA000729.

1ˢᵗ Notice was sent on April 6, 2018 by Priority Mail # 9505 5114 2312 8096 1977 09
2ᴺᴰ Notice was send on April 23, 2018 by Priority Mail # 9505511754778113104158

**Please note that all correspondence from you must have an original wet ink signature or it will be treated as a non- response.**

# THIRD & FINAL NOTICE
## INTENT TO SUE

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

Sincerely:

*Kevin L. Wiggins*

Kevin Wiggins
Gilrubin Crt Apt 8
Baltimore, MD 21212

PRIORITY MAIL # ___9505  5116  0952  8129  1250  33___

# EXHIBIT 5



KEVIN L WIGGINS   03-12
5512 GERLAND AVE
BALTIMORE, MD  21206

7-11/520 3078                532

DATE  5-9-18

PAY TO THE ORDER OF  Gateway One Lending + Finance dept   | $  690.00

Six Hundred Ninety Dollars 0%/100   DOLLARS

M&T Bank
Belair Road Office

MEMO  Duress 2016105489710      Kevin R. Wiggins

⑆052000113⑆   985908987⑈0532



PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
GATEWAY ONE LENDING & FINANCE
20000431753307

**1 of 2**

# IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

Kevin Wiggins
3522 PARKLAWN AVE
BALTIMORE, MD 21206                                    )            Case No:
Plaintiff                                              )
                                                       )
    VS                               )
                                                       )
GATEWAY ONE LENDING & FINANCE                          )
160 N. RIVERVIEW DR, STE 100                           )
ANAHEIM, CA 92808                                      )
Defendant                                              )

## MOTION FOR SUMMARY JUDGEMENT

1.  On March 1, 2018, Plaintiff mailed of a check for the amount of $690.00 to Gateway One Lending & Finance. The instrument contained a conspicuous statement written in the memo of the instrument "Full accord & satisfaction of account".  (See Exhibit 1)

2.  On March 7, 2018, Defendant accepted the check, cashed the check and credited account # 20161054897110.

3.  On April 6, 2018, Plaintiff mailed a notice of payment dispute was sent to Todd Pierson dba President of Gateway One Lending & Finance. There was no response to the notice. (See Exhibit 2)

4.  On April 23, 2018 Plaintiff mailed a second notice and opportunity to cure was sent to the above mentioned parties and there was no response. (See Exhibit 3)

5.  On May 9, 2018 Plaintiff mailed third & final notice with intent to sue to the above mentioned parties and still Gateway One Lending and Finance has failed to honor the instrument and provide me with a remedy. (See Exhibit 4) The terms of the contract are clear according to [MD. Comm. Law 3-311 (b) Unless subsection (c) applies, the claim is discharged if the person against whom the claim is asserted proves that the instrument or an accompanying written communication contained a conspicuous statement to the effect that the instrument was tendered as full satisfaction of the claim.]

6.  On April 16, 2018 the Maryland Consumer Protection Division (ref# 295718) was contacted and a complaint was filed on Gateway One Lending and Finance for unfair dealings in commerce. Gateway One Way Lending & Finance has ignored all notices but is still demanding payment.

## Relief to be granted

1.  Plaintiff is requesting GATEWAY ONE LENDING & FINANCE to pay compensatory damages in the amount of $2000.00 for all payments made after the acceptance of check tendered for full accord and satisfaction.

2.  Plaintiff request the release of the lien on 2017 Acura ILX  vin# 19UDE2F37HA000729

3.  Plaintiff requests the settlement of account# 20161054897110

4.  Punitive damages to be awarded in the amount of $50,000.00 for breach of contract, pain and suffering, harassment, emotional distress, and dishonor. I pray that the court finds the relief to be granted a lesson learned to GATEWAY ONE LENDING & FINANCE

_Kevin L. Wiggins_

Kevin Wiggins, Plaintiff
3522 Parklawn Ave
Baltimore, MD 21206
443-768-8122